STINSON and Others *v.* THE STATE on the Relation of SAMPSON and Others.—In Error.

THE minutes of a justice of the peace, noticing upon his docket the issuing and return of execution are not evidence of the contents of such execution. *Snyder* v. *Norris*, 6 Blackf. 33.—*Henkle* v. *German*, id. 423.—*Mahan* v. *Power*, id. 445.

The judgment is reversed with costs. Cause remanded, &c.

*J. S. Newman*, for the plaintiffs.

*C. H. Test*, for the defendant.